UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MAGUIRE, | No. C 06-05681 (JCS) |
| Plaintiff(s), | **ORDER DENYING PLAINTIFF'S APPLICATION FOR TRO [Docket No. 14] AND PRETRIAL ORDER (TRIAL ON PAPERS)** |
| v. | |
| CITY OF AMERICAN CANYON, ET AL., | |
| Defendant(s). | |

On October 27, 2006, Plaintiff filed an Application for a Temporary Restraining Order (the "TRO").

On October 31, 2006, a telephonic hearing was held on the TRO. Arlo Smith, counsel for Plaintiff, appeared. Joseph Bakshandeh, counsel for Defendant, appeared.

For reasons stated on the record, and good cause shown,

IT IS HEREBY ORDERED THAT the TRO is DENIED.

IT IS HEREBY FURTHER ORDERED THAT the trial and Plaintiff's Motion for Preliminary Injunction (the "Preliminary Injunction") shall be consolidated and heard on **February 14, 2007, at 9:30 a.m.** The original hearing date of November 17, 2006 at 9:30 a.m., on the Preliminary Injunction has been taken off calendar.

This Order assumes that all parties intend to waive the presentation of live testimony at the trial in this matter. In the event that Plaintiff or Defendant does not do so, the Court will issue a superseding Pretrial Order.

The parties shall negotiate, and submit to the Court by **November 27, 2006**, a proposed briefing schedule for service and filing of Trial Materials (defined below).

The Initial Case Management Conference previously set for December 15, 2006, at 1:30 p.m., has been **ADVANCED to December 1, 2006, at 1:30 p.m.,** before Magistrate Judge Spero, in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate, San Francisco, California.  A Joint Case Management Conference Statement is due by **November 27, 2006.**

IT IS HEREBY FURTHER ORDERED THAT:

**I.      DISCOVERY**

   A.   All non-expert discovery shall be completed by December 1, 2006.

   B.   All expert disclosures required by the Federal Rules of Civil Procedure shall be made by December 1, 2006.

   C.   All discovery from experts shall be completed by December 15, 2006.

**II.     TRIAL DATE**

   A.   Court trial shall begin on **February 14, 2007, at 9:30 a.m.,** in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

   B.   The length of the trial will be not more than one (1) day.

**III.    TRIAL PROCEDURES**

   A.   Counsel shall *not* prepare a Joint Pretrial Conference Statement.  Instead on the schedule to be agreed upon between the parties, counsel shall file and serve all the following materials (the "Trial Materials").

   1.   Opening memoranda of law, opposition memoranda of law, and reply memoranda of law.

   2.   Declarations, containing all testimony to be considered by the Court in the case, either as statements of the declarant or attached as deposition excerpts.

   3.   Documents to be considered by the Court in the case, properly authenticated by declaration or by stipulation.

   4.   A list, jointly submitted, of all stipulated facts, and of all factual issues remaining to be tried (organized by count).

   5.   Objections to any evidence submitted by the opposing party(ies).

   6.   Each side's proposed Findings of Fact and Conclusions of Law.

7.     Motions in Limine.

The parties may agree on a schedule for filing the Trial Materials, provided, however, that the last Trial Materials shall be filed no later than **thirty (30) days before trial**.  Evidence that is not included in the filed Trial Materials will not be considered by the Court.  Objections and/or Motions in Limine not included in the Trial Materials are waived.

B.     Two (2) Chambers' copies of all of the aforementioned documents shall be hand-delivered to Chambers at the time of filing.  The Proposed Findings of Fact and Conclusions of Law shall be submitted on a 3-3/4-inch disk in WordPerfect 10.0 format, as well as in hard copies.  All hard-copy submissions should be three-hole punched.

**PRETRIAL ARRANGEMENTS**

C.     Should a daily transcript and/or real-time reporting be desired, the parties shall make arrangements with Debra Campbell, Supervisor of the Court Reporting Services, at (415) 522-2079, at least ten (10) calendar days prior to the trial date.

D.     During trial, counsel may wish to use overhead projectors, laser-disk/computer graphics, poster blow-ups, models or specimens of devices.  Equipment should be shared by all counsel to the maximum extent possible.  The Court provides no equipment other than an easel.  The United States Marshal requires a court order to allow equipment into the courthouse.  For electronic equipment, parties should be prepared to maintain the equipment or have a technician handy at all times.  The parties shall tape extension cords to the carpet for safety.  The parties may work with the deputy clerk, Karen Hom (415-522-2035), on all courtroom-layout issues.

**EXPERTS**

E.     At trial, testimony of experts will be limited to the matters disclosed in their reports.  Illustrative animations, diagrams, charts and models may be used on direct examination only if they were part of the expert report, with the exception of simple drawings and tabulations that plainly illustrate the content of the report.  By written stipulation, all parties may relax these requirements.  The Court will not permit Federal Rule of Evidence 703 to be used to admit otherwise inadmissible evidence through the expert (*i.e.*, through the "back door").

3

IT IS SO ORDERED.

DATED: November 1, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge