GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ROBERT A. GOODIN, State Bar No. 061302
FRANCINE T. RADFORD, State Bar No. 168269
KEITH E. JOHNSON, State Bar No. 202321
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone: (415) 392-7900
Facsimile: (415) 398-4321

LAW OFFICES OF WILLIAM D. ROSS
A Professional Corporation
WILLIAM D. ROSS, State Bar No. 64538
JOSEPH BAKSHANDEH, State Bar 223007
520 South Grand Avenue, Suite 300
Los Angeles, California 90071-2610
Telephone: (213) 892-1592
Facsimile: (213) 892-1519

Attorneys for Defendants City of American Canyon, and
Robert Weil in his official capacity as Director of Public Works of
the City of American Canyon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. PAUL MAGUIRE,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF AMERICAN CANYON, ET AL.,<br><br>    Defendants. | No. C 06-05681 JCS<br>[Assigned to the Honorable Joseph C. Spero, Magistrate]<br><br>**STIPULATION FOR CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO AMEND OR MAKE ADDITIONAL FINDINGS OF FACT; MOTION TO AMEND OR ALTER JUDGMENT; OR ALTERNATIVELY, MOTION FOR NEW TRIAL; AND PROPOSED ORDER** |

Case No. C 06-05681 JCS

STIPULATION FOR CONTINUANCE

Pursuant to Local Rule 6-2, Plaintiff Dr. Paul Maguire and defendants City of American Canyon and Robert Weil, in his capacity as the Director of Public Works for the City of American Canyon, have stipulated to a continuance of the hearing on defendants' Motion to Amend and Make New Findings of Fact, Motion to Amend or Alter Judgment, or, alternatively, Motion for New Trial on the grounds set forth herein, and hereby request the Court to continue that hearing accordingly.

1. <u>Reason for continuance</u>.

The hearing on the motion was originally set for May 4, 2007. A Clerk's Notice was issued on March 30, 2007, resetting the hearing for 9:30 a.m. June 1, 2007. Lead counsel for defendants, William D. Ross, and his clients intend that he be present at and participate in the hearing on the motion. As is set forth more fully in the attached Declaration of William D. Ross ("Ross Decl."), Mr. Ross is scheduled for orthopedic surgery on May 31, 2007, which is expected to prevent him from participating in the hearing for two weeks. The surgery has long been scheduled, and re-scheduling it will impose significant burdens on Mr. Ross.

Thus, the parties are requesting a continuance of two weeks. If the Court's schedule is amenable, the parties have agreed that they can be available on June 15, 2007.

2. <u>No previous time modifications</u>.

Discovery and trial of this matter were completed on an expedited basis. There were no previous time modifications.

3. <u>Effect of the continuance</u>.

At most, the continuance would delay the hearing two weeks. The Court has already indicated that the briefing schedule will not be affected by any continuance and the opposition memorandum is due by April 13, 2007, and the reply brief by April 20, 2007.

///
///
///
///
///

-1-
Case No. C 06-05681 JCS
STIPULATION FOR CONTINUANCE

| | | |
|---|---|---|
| Dated: April 12, 2007 | | Respectfully submitted, |
| | | GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP |
| | | By  /s/Keith E. Johnson |
| | | Keith E. Johnson |
| | | Attorneys for Defendants City of American Canyon, and Robert Weil in his official capacity as Director of Public Works of the City of American Canyon |
| Dated: April 12, 2007 | | By  /s/Arlo Hale Smith |
| | | Arlo Hale Smith |
| | | Attorney for Plaintiff Dr. Paul Maguire |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 16, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge

*Judge Joseph C. Spero*

3086/002/X87949.v1

-2-
STIPULATION FOR CONTINUANCE

No. C 06-05681 JCS