GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ROBERT A. GOODIN, State Bar No. 061302
FRANCINE T. RADFORD, State Bar No. 168269
KEITH E. JOHNSON, State Bar No. 202321
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone: (415) 392-7900
Facsimile: (415) 398-4321

LAW OFFICES OF WILLIAM D. ROSS
A Professional Corporation
WILLIAM D. ROSS, State Bar No. 64538
JOSEPH BAKSHANDEH, State Bar 223007
520 South Grand Avenue, Suite 300
Los Angeles, California 90071-2610
Telephone: (213) 892-1592
Facsimile: (213) 892-1519

Attorneys for Defendants City of American Canyon, and
Robert Weil in his official capacity as Director of Public Works of
the City of American Canyon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. PAUL MAGUIRE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF AMERICAN CANYON, ET AL.,<br><br>Defendants. | No. C 06-05681 JCS<br>[Assigned to the Honorable Joseph C. Spero, Magistrate]<br><br>**STIPULATION FOR CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO AMEND OR MAKE ADDITIONAL FINDINGS OF FACT; MOTION TO AMEND OR ALTER JUDGMENT; OR ALTERNATIVELY, MOTION FOR NEW TRIAL; AND ~~PROPOSED~~ ORDER** |

Case No. C 06-05681 JCS

STIPULATION FOR CONTINUANCE

1  Pursuant to Local Rule 6-2, Plaintiff Dr. Paul Maguire and defendants City of
2  American Canyon and Robert Weil, in his capacity as the Director of Public Works for the City
3  of American Canyon, have stipulated to a continuance of the hearing on defendants' Motion to
4  Amend and Make New Findings of Fact, Motion to Amend or Alter Judgment, or, alternatively,
5  Motion for New Trial on the grounds set forth herein, and hereby request the Court to continue
6  that hearing accordingly.

7      1.    <u>Reason for continuance</u>.

8  The hearing on the motion was originally set for May 4, 2007. A Clerk's Notice
9  was issued on March 30, 2007, resetting the hearing for 9:30 a.m. June 1, 2007. A long-
10 scheduled surgery prevented lead counsel for defendants, William D. Ross, from attending, and
11 the parties stipulated to a continuance of two weeks, to June 15, 2007, which the Court approved.

12 It has since been determined that co-counsel Robert A. Goodin, who only recently
13 entered the case and who the clients intend be present at the hearing, has a long-standing,
14 personal conflict that will prevent his participation in the hearing on the motion. As is set forth
15 more fully in the attached Declaration of Robert A. Goodin ("Goodin Decl."), Mr. Goodin is
16 expected to be out of the state the week of June 15, 2007, on a personal matter, which he cannot
17 reschedule.

18 <u>Thus, the parties are requesting a continuance of one week</u>. If the Court's
19 schedule is amenable, the parties have agreed that they can be available on <u>June 22, 2007</u>.

20     2.    <u>One previous time modifications</u>.

21 Discovery and trial of this matter were completed on an expedited basis. There
22 was only one previous time modification.

23     3.    <u>Effect of the continuance</u>.

24 The continuance would delay the hearing one week. Briefing is completed.

25 ///
26 ///
27 ///
28 ///

-1-
Case No. C 06-05681 JCS
STIPULATION FOR CONTINUANCE

| | | |
|---|---|---|
| 1 | Dated: May 31, 2007 | Respectfully submitted, |
| 2 | | GOODIN, MACBRIDE, SQUERI, |
| 3 | | DAY & LAMPREY, LLP |
| 4 | | |
| 5 | | By /s/Keith E. Johnson |
| | | Keith E. Johnson |
| 6 | | Attorneys for Defendants City of American Canyon, and Robert Weil in his official capacity as Director of Public Works of the City of American Canyon |
| 10 | Dated: May 31, 2007 | By /s/Arlo Hale Smith |
| | | Arlo Hale Smith |
| 11 | | Attorney for Plaintiff |
| | | Dr. Paul Maguire |

Filer's Attestation: I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 4, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge

3086/002/X89654.v1

-2-
STIPULATION FOR CONTINUANCE

No. C 06-05681 JCS