GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ROBERT A. GOODIN, State Bar No. 061302
FRANCINE T. RADFORD, State Bar No. 168269
KEITH E. JOHNSON, State Bar No. 202321
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone: (415) 392-7900
Facsimile: (415) 398-4321

LAW OFFICES OF WILLIAM D. ROSS
A Professional Corporation
WILLIAM D. ROSS, State Bar No. 64538
520 South Grand Avenue, Suite 300
Los Angeles, California 90071-2610
Telephone: (213) 892-1592
Facsimile: (213) 892-1519

Attorneys for Defendants City of American Canyon, and
Robert Weil in his official capacity as Director of Public Works of
the City of American Canyon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. PAUL MAGUIRE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF AMERICAN CANYON, ET AL.,<br><br>　　　　Defendants. | No. C 06-05681 JCS<br><br>[Assigned to the Honorable Joseph C. Spero, Magistrate]<br><br>**STIPULATION FOR EXTENSION OF BRIEFING DEADLINES ON PLAINTIFF'S MOTION TO REOPEN CASE AND FOR AWARD OF ATTORNEY'S FEES; AND** ~~PROPOSED~~ **ORDER** |

Case No. C 06-05681 JCS

STIPULATION FOR EXTENSION

Pursuant to Local Rule 6-2, Plaintiff Dr. Paul Maguire and defendants City of American Canyon and Robert Weil, in his capacity as the Director of Public Works for the City of American Canyon, have stipulated to a two-week extension of Defendants' briefing deadline on Plaintiff's Motion to Reopen Case and for Award of Attorney's Fees to permit the parties to explore resolution without incurring the burden and expense of further motion practice, as set forth herein, and hereby request the Court to grant continue that extension accordingly.

1. <u>Reason for extension</u>.

Plaintiff filed his Notice of Motion and Motion to Reopen Case and for Award of Attorney's Fees on September 26, 2007 ("the Motion"). He set the hearing for 9:30 a.m. on November 2, 2007, before this Court. Consequently, Defendants' deadline to file their opposition to the Motion is October 12, 2007, and Plaintiff's deadline to file his reply is October 19, 2007.

On September 30, 2007, the Court issued notice that the hearing had been continued until January 25, 2008, but ordered that the briefing deadlines would remain the same.

Since then, the parties in good faith decided to explore a resolution of the Motion to avoid the burden and expense of engaging in full-blown motion practice. To do so, however, Defendants asked, and Plaintiff agreed, to extend the opposition deadline by two weeks to Friday, October 26, 2007, with Plaintiff's reply deadline to fall on Friday, November 2, 2007, assuming the Court approved the Stipulation.

2. <u>Two previous time modifications</u>.

Discovery and trial of this matter were completed on an expedited basis. There were only two previous time modifications, including a request for a one-week hearing continuance to accommodate counsel's surgical recovery schedule.

3. <u>Effect of the extension</u>.

The extension would delay Defendants' filing deadline two weeks (with Plaintiff's reply deadline falling the following week). But because the hearing is not scheduled until January 25, 2008, this extension presumably would not interfere with the Court's preparation for the hearing.

///

-1-
STIPULATION FOR EXTENSION

Case No. C 06-05681 JCS

| | | |
|---|---|---|
| 1 | Dated: October 5, 2007 | Respectfully submitted, |
| 2 | | GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP |

By  /s/Keith E. Johnson
Keith E. Johnson
Attorneys for Defendants City of American Canyon, and Robert Weil in his official capacity as Director of Public Works of the City of American Canyon

Dated: October 4, 2007     By  /s/Arlo Hale Smith
Arlo Hale Smith
Attorney for Plaintiff
Dr. Paul Maguire

Filer's Attestation: I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/09/07

JOSEPH
United S

*Judge Joseph C. Spero*

3086/002/X93175.v1

-2-
STIPULATION FOR EXTENSION

No. C 06-05681 JCS