GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ROBERT A. GOODIN, State Bar No. 061302
FRANCINE T. RADFORD, State Bar No. 168269
KEITH E. JOHNSON, State Bar No. 202321
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone:   (415) 392-7900
Facsimile:   (415) 398-4321

LAW OFFICES OF WILLIAM D. ROSS
A Professional Corporation
WILLIAM D. ROSS, State Bar No. 64538
520 South Grand Avenue, Suite 300
Los Angeles, California 90071-2610
Telephone:   (213) 892-1592
Facsimile:   (213) 892-1519

Attorneys for Defendants City of American Canyon, and
Robert Weil in his official capacity as Director of Public Works of
the City of American Canyon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. PAUL MAGUIRE,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF AMERICAN CANYON, ET AL.,<br><br>    Defendants. | No. C 06-05681 JCS<br><br>[Assigned to the Honorable Joseph C. Spero, Magistrate]<br><br>**STIPULATION FOR EXTENSION OF BRIEFING DEADLINES ON PLAINTIFF'S MOTION TO REOPEN CASE AND FOR AWARD OF ATTORNEY'S FEES; AND** ~~PROPOSED~~ **ORDER** |

Case No. C 06-05681 JCS

STIPULATION FOR EXTENSION

Pursuant to Local Rule 6-2, Plaintiff Dr. Paul Maguire and Defendants City of American Canyon and Robert Weil, in his capacity as the Director of Public Works for the City of American Canyon, have stipulated to an extension of the parties' briefing deadline on Plaintiff's Motion to Reopen Case and for Award of Attorney's Fees to permit counsel to present a settlement proposal to the American Canyon City Council for approval at its November 6, 2007, meeting, and hereby request the Court to grant continue that extension accordingly.

1. <u>Reason for extension</u>.

Plaintiff filed his Notice of Motion and Motion to Reopen Case and for Award of Attorney's Fees on September 26, 2007 ("the Motion"). He set the hearing for 9:30 a.m. on November 2, 2007, before this Court. Consequently, Defendants' deadline to file their opposition to the Motion is October 12, 2007, and Plaintiff's deadline to file his reply is October 19, 2007.

On September 30, 2007, the Court issued notice that the hearing had been continued until January 25, 2008, but ordered that the briefing deadlines would remain the same.

Since then, the parties decided to explore a resolution of the Motion to avoid the burden and expense of engaging in full-blown motion practice. Defendants asked, and Plaintiff agreed, to extend the opposition deadline by two weeks to Friday, October 26, 2007, with Plaintiff's reply deadline to fall on Friday, November 2, 2007. The Court granted the extension.

The City Council for the City of American Canyon will next meet on November 6, 2007. At that meeting, Defendants' counsel intends to seek the Council's approval of a proposal to resolve the attorney's fee dispute with Plaintiff. Thus, the parties have stipulated, and seek the Court's approval, to extend the deadlines once more as follows: opposition to Plaintiff's motion must be filed by Friday, November 9, 2007, and any reply by Friday, November 16, 2007.

2. <u>Three previous time modifications</u>.

Discovery and trial of this matter were completed on an expedited basis. There were only three previous time modifications, including a request for a one-week hearing continuance to accommodate counsel's surgical recovery schedule.

3. <u>Effect of the extension</u>.

The extension would delay the parties' filing deadline another two weeks. But

1  because the hearing is not scheduled until January 25, 2008, this extension presumably would not

2  interfere with the Court's preparation for the hearing.

3  ///

4  Dated: October 23, 2007                    Respectfully submitted,

5                                             GOODIN, MACBRIDE, SQUERI,
                                              DAY & LAMPREY, LLP
6

7

8                                             By   /s/Keith E. Johnson
                                                   Keith E. Johnson
                                              Attorneys for Defendants City of American
9                                             Canyon, and Robert Weil in his official
                                              capacity as Director of Public Works of the
10                                            City of American Canyon

11

12

13  Dated: October 23, 2007                   By   /s/Arlo Hale Smith
                                                   Arlo Hale Smith
14                                            Attorney for Plaintiff
                                              Dr. Paul Maguire
15

16  Filer's Attestation:  I hereby attest that I have on file all holograph signatures for any signatures
    indicated by a "conformed" signature (/S/) within this e-filed document.
17

18  PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20  Dated: __10/26/07__                       _____
                                              JOSEPH C. SPERO
21                                            United States Magistrate Judge

22

23  3086/002/X93679.v1

24

25

26

27

28

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO